**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 5:06CR30-V** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **(1) WALTER CHARLES HOGUE** | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| **a/k/a "Speedy"** | ) | **COUNT 7 OF THE SECOND** |
| **(2) PHYSIQUE DALTON** | ) | **SUPERSEDING BILL OF** |
| **a/k/a "P"** | ) | **INDICTMENT** |
| **(3) MICHAEL TODD MCWHORTER** | ) | |
| **(4) DANNY LEE CLEMENT** | ) | |
| **(5) DESMOND O'NEIL THOMPSON** | ) | |
| **a/k/a "Monk"** | ) | |

For good cause shown, and for reasons cited in the government's Motion, this Court dismisses Count Seven relating to **DANNY LEE CLEMENT** in the Second Superseding Bill of Indictment without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, defense counsel and the United States Attorney's Office.

Signed: August 30, 2007

Richard L. Voorhees
United States District Judge